UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE GUEVARA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:21-CV-00496-X |
| DENCO CS CORPORATION, | § § § | |
| *Defendant.* | § | |

# **FINAL JUDGMENT**

The Court has entered its *Order of Dismissal*. Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that plaintiff Jose Guevara's claims and causes of action against defendant Denco CS Corporation are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 19th day of January, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE